# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2023 OCT 12 P 1:31

(Full name of plaintiff)

Michael L. Winston

v.

(Full name of defendant(s))

Community reintegration center, Chantell Jewell John Does 1-20 et al.

Case Number:

**23C1359**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

   888 S. S 68th St, Franklin, WI 53132
   (Address of prison or jail)

2. Defendant Community reintegration center
   (Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at 888 S. S. 68th St Franklin, WI
(Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for Community Reintegration Center
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Plaintiff Michael L. Winston is a resident of Community Reintegration Center since June 24th, 2023

2. Defendant Jewell is the superintendent of the Facility.

3. Approximately one week or so after residing at the Facility Plaintiff experienced the Breaking/Cracking of his upper left wisdom tooth.

4. The Breaking/Cracking left the tooth jagged without original fillings, and with most of the actual tooth accidentally consumed and partially in Plaintiff possession leaving him in extreme pain.

5. Plaintiff sought medical attention and was seen by unknown officials 2 to 3 days later.

6. Medical officials conducted x-rays and informed Plaintiff that his tooth had broken deep into the root of his upper gums requiring removal.

7. In addition Plaintiff was informed not only was his wisdom tooth broken and cracked but he also had several other broken teeth and a few

Complaint - 3

continue statement of claim

cavities in need of attention.

8. The physician would at the time shave plaintiff wisdom tooth removing the sharp and jagged edges left from the breakings.

9. Plaintiff was informed after the tooth shaving that nothing else could be done and that he would be placed on the list to see a Dental Surgeon.

10. On 8/7/2023 Plaintiff informed via grievance that he had yet to see a dentist and was being denied medical treatment.

11. It has been months and plaintiff has yet to see a Dental Surgeon

12. Plaintiff Dental issues have only progressed and he believe he has contracted some form of gum disease.

13. Plaintiff has consistent bleeding gums, cannot properly eat and/or sleep.

14. The inability to eat properly is causing weight loss and other issues.

15. The pain is becoming unbearable and make the plaintiff feel as if though he is experiencing so form of a prolonged death.

16. On 9/20/23 plaintiff was called to medical by dental after complaining to an unknown jail inspector a week prior to.

17. At the above stated appointment plaintiff learned he needed three teeth removed and had developed an abscess.

18. Plaintiff informed the dentist that he he was in extreme pain and wanted all teeth removed.

19. Plaintiff was informed that nothing could be done because she the dentist had no drills, cleaning supplies or proper gear to complete the job leaving plaintiff in pain and suffering.

20. Plaintiff believes his life is in danger.

-5-

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1. Declaratory Judgement stating the acts and omission in the complaint violated his 8th and 14th amendment rights.

2. Preliminary Injunction ordering defendant Jewell to allow plaintiff to seek outside medical treatment.

3. $250,000 in compensatory damages jointly and severally from each defendant

continues Request for Relief

4. Punitive damages in the amount of $5,000,000 (Five Million Dollars)

5. All other relief this court deems appropriate

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __25__ day of __September__ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

__2023008864__
Plaintiff's Prisoner ID Number

__8885. S. 68th St__

__Franklin, WI 53132__
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

-8-
~~Complaint~~ 5